Timothy W. Durkop 22985
Durkop Law Office
2406 S. Dishman Mica Road #1
Spokane Valley, WA 99206
(509) 928-3848
FAX 928-0125
mail@durkoplaw.com
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAM NEMES and MARY ANN NEMES** (Husband and Wife),<br><br>Plaintiffs,<br><br>vs.<br><br>**FRONTIER BANK** (a Washington State Bank),<br><br>Defendant. | NO. CV-06-0061-FVS<br><br>PROPOSED<br>ORDER OF DISMISSAL |

BASIS

The parties stipulated to the entry of an order dismissing this matter with prejudice and no award of fees and costs. The Court being fully advised in the premise, now enters the following:

ORDER

The Court hereby DISMISSES this matter with prejudice. No party shall be awarded costs or attorney fees. All issues being resolved, the Clerk of the Court is

ORDER OF DISMISSAL - 1



DURKOP LAW OFFICE
2406 S. Dishman Mica Road #1
Spokane Valley, WA 99206
(509)928-3848 FAX 928-0125
mail@durkoplaw.com

directed to CLOSE the file.

~~In open court on~~ Dated: 9/5/07

s/ Fred Van Sickle
THE HONORABLE FRED VAN SICKLE
UNITED STATES DISTRICT COURT JUDGE

Approved for entry
Notice of presentment waived:

Dated: August 28, 2007

*s/ Timothy W. Durkop*
Timothy W. Durkop 22985
Attorney for the Plaintiff

Dated: August 28, 2007

*s/ David R. Riley*
David R. Riley of
Weinstein & Riley, P.S.
Attorney for the Defendant

8/31/07

Michael D. Kinkley WSBA #11624
Attorney for Plaintiffs

ORDER OF DISMISSAL - 2

DURKOP LAW OFFICE
2406 S. Dishman Mica Road #1
Spokane Valley, WA 99206
(509)928-3848 FAX 928-0125
mail@durkoplaw.com